NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 06a0114n.06
Filed: February 14, 2006

No. 05-3317

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JOHN WYSONG, | ) | |
| | ) | **ON APPEAL** FROM THE |
| **Plaintiff-Appellee,** | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE SOUTHERN |
| v. | ) | DISTRICT OF OHIO |
| | ) | |
| BRUCE RAMAGE, Officer and JAIMEE COULTER, | ) | **M E M O R A N D U M** |
| Patrolman, | ) | **O P I N I O N** |
| | ) | |
| **Defendants-Appellants.** | ) | |

BEFORE: MARTIN, NORRIS, and DAUGHTREY, Circuit Judges.

PER CURIAM. Defendants Bruce Ramage and Jaimee Coulter appeal an order of the district court denying them qualified immunity in a lawsuit brought against them by plaintiff John Wysong, who contends that they used excessive force during his arrest.

Having had the benefit of oral argument and having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court erred in denying defendants qualified immunity.

Because the reasoning which supports the denial of qualified immunity has been articulated by the district court, the issuance of a detailed written opinion by this court would serve no useful purpose. According, the ruling of the district court is **affirmed** upon the reasoning employed by that court in its Opinions and Orders dated January 18, 2005 and February 24, 2005.